IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MICHAEL ALAN CRUZEN,

       Petitioner,

v.                                    Civil Action No. 1:06CV137
                                        (Judge Keeley)

AL HAYES, WARDEN,

       Respondent,


## ORDER GRANTING MOTION TO EXTEND TIME FOR FILING OBJECTIONS

On October 4, 2007, pro se petitioner, Michael Alan Cruzen, filed a motion for extension of time in which to file objections to the report and recommendations of the Magistrate Judge. As ground for the motion, plaintiff states that he needs additional time to prepare the objections. Good cause having been shown, the Court **GRANTS** the motion (Docket No. 29).

Accordingly, it is **ORDERED** that the objections to the report and recommendation are due on or before **November 2, 2006**.

The Clerk is directed to transmit copies of this order to the pro se petitioner, certified mail, return receipt requested, and to counsel of record.

DATED: October 16, 2007


                         /s/ Irene M. Keeley
                         IRENE M. KEELEY
                         UNITED STATES DISTRICT JUDGE